**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELITE ORTHOPEDIC & SPORTS MEDICINE PA, <br><br> *Plaintiff*, <br><br> v. <br><br> AETNA INSURANCE CO., <br><br> *Defendant*. | Civil No.: 14-6175 (KSH) (CLW) <br><br><br> **Order** |

Upon consideration of plaintiff Elite Orthopedic & Sports Medicine PA's motion to remand [D.E. 5], and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 30th day of September, 2015, hereby

**ORDERED** that plaintiff's motion to remand is denied.

.

    /s/ Katharine S. Hayden\_\_\_\_\_
    Katharine S. Hayden, U.S.D.J.